## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| MICHELLE GOKTEPE<br><br>                    Plaintiff,<br><br>    v.<br><br>TRANS UNION LLC, and<br>FILENE'S, A DIV. OF THE MAY<br>DEPARTMENT STORES CO.<br><br>                    Defendants. | FILED<br><br>DEC 22   3 36 PM '03<br><br>U.S. DISTRICT COURT<br>NEW HAVEN, CONN<br><br>C.A. NO. 303-CV-00255 PCD |

## RULE 41 STIPULATION OF
## DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff and Trans

Union LLC, in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the

above-captioned action is hereby dismissed, as against Defendant Trans Union, with prejudice. Each

party hereto to bear its own costs and attorney's fees.

Respectfully Submitted,

_____    12·10·03          _____    12/12/03
BRUCE S. LUCKMAN          DATED             JOANNE FAULKNER          DATED
SATZBERG, TRICHON,                          123 Avon St.
  KOGAN & WERTHEIMER, P.C.                  New Haven, CT 06511-2422
1818 Market St., 30th Floor
Philadelphia, PA 19103                      *Attorney for Plaintiff*
(215) 575-7600; Fax: (215) 575-7640
*Attorneys for Defendant,*
*Trans Union LLC*


APPROVED BY THE COURT:


_____          DATED: _____
                        J.