UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE GOKTEPE

    VS.                                            CIVIL NO. 3:03 CV 255 (PCD)

TRANS UNION LLC, AND FILENE'S, A DIV.
OF THE MAY DEPARTMENT STORES CO.

## ORDER OF DISMISSAL

On May 5, 2003, defendant, Filene's, was terminated pursuant to a Notice of Voluntary Dismissal that was filed on May 1, 2003. On December 22, 2003 a Stipulation of Dismissal with Prejudice in response to a Rule 41b was filed as to defendant Tras Union LLC, with each party to bear its own costs and attorney's fees.

IT IS HEREBY ORDERED that this case be dismissed without costs or fees.

IT IS SO ORDERED.

Dated at New Haven, Connecticut, this 6th day of January, 2004.

                                                      /s/
                                      Peter C. Dorsey, Senior
                                      United States District Judge